UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 0 8 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

SURVIVAL SISTERS FOUNDATION, )

Plaintiff,                   )

                             )   1:25-CV- 4471
                                 CIVIL ACTION NO. _____

v.                           )

                             )

META PLATFORMS, INC.,        )

Defendant.                   )

_____)

**COMPLAINT FOR INJUNCTIVE RELIEF, DAMAGES, AND DECLARATORY JUDGMENT**

1

Plaintiff, Survival Sisters Foundation, Inc., by and through its authorized representative Fredrick Thrasher, brings this Complaint against Defendant, Meta Platforms, Inc., and states as follows:

## I. INTRODUCTION

This is an action for injunctive relief, damages, and declaratory judgment arising from Meta's suppression and denial of access to Plaintiff's organizational Instagram account, @survivalsistersfoundation. Plaintiff is a nonprofit, faith-based entity engaged in constitutionally protected advocacy, including public safety, education, and Second Amendment awareness. Defendant's conduct constitutes retaliation, commercial suppression, and discrimination in violation of Plaintiff's statutory and constitutional rights.

## II. JURISDICTION AND VENUE

1. Jurisdiction is proper under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1343 (civil rights violations), and 28 U.S.C. § 1332 (diversity jurisdiction; amount in controversy exceeds $75,000).

2. Venue is proper under 28 U.S.C. § 1391(b), as Defendant conducts substantial business within this district and the events giving rise to the claims occurred therein.

## III. PARTIES

3. Plaintiff, Survival Sisters Foundation, Inc., is a Georgia-based 508 faith-based nonprofit organization with its principal office in Austell, Georgia.

4. Defendant, Meta Platforms, Inc., is a Delaware corporation headquartered at 1 Meta Way, Menlo Park, California 94025, and is the parent company of Instagram and Facebook.

## IV. FACTUAL ALLEGATIONS

5. Plaintiff operates the Instagram account @survivalsistersfoundation and the Facebook Page "The Survival Sisters" as its primary platforms for outreach and education.

6. Plaintiff's content complies fully with Meta's Community Standards and Advertising Policies, as outlined in official policy excerpts (Exhibit B).

7. Without warning, explanation, or opportunity to appeal, Plaintiff's Instagram account was algorithmically suppressed and later administratively locked out as of June 10, 2025.

8. Meta failed to provide notice, appeal process, or evidence of violation.

9. Plaintiff sent three separate sworn affidavits documenting the suppression and demanding remedy:
    - **June 03, 2025** – First Affidavit of Default and Demand for Remedy
    - **June 12, 2025** – Second Affidavit of Default and Access Denial
    - **June 24, 2025** – Third Affidavit and Rebuttal of Terms of Service Defense

10. Meta acknowledged receipt through its legal counsel, Patrick Bocash (Orrick, Herrington & Sutcliffe LLP), but refused to issue any sworn rebuttal or substantive legal response.

11. On July 1, 2025, Mr. Bocash confirmed Meta's final position that the account was "non-recommendable" and that no action would be taken.

12. Meta's actions violate the good faith contractual relationship with Plaintiff, as well as statutory and constitutional rights, including:

- 15 U.S.C. § 45 (Federal Trade Commission Act – unfair and deceptive practices);
- 42 U.S.C. § 1983 (deprivation of rights under color of state/corporate policy);
- 42 U.S.C. § 2000a (prohibition of discrimination by public accommodations);
- Breach of implied covenant of good faith and fair dealing;
- Retaliatory conduct for exercising procedural and legal rights.

13. Plaintiff's nonprofit operations have suffered reputational, operational, and financial harm as a result.

## V. EXHAUSTION OF ADMINISTRATIVE REMEDIES

14. Plaintiff has exhausted all reasonable administrative channels by serving certified legal affidavits, communicating with Meta's legal counsel, and submitting full factual documentation.

## VI. CLAIMS FOR RELIEF

**COUNT I – RETALIATORY SUPPRESSION AND BREACH OF CONTRACT**

**COUNT II – DECEPTIVE AND UNFAIR COMMERCIAL PRACTICES (15 U.S.C. § 45)**

**COUNT III – CIVIL RIGHTS VIOLATIONS UNDER 42 U.S.C. § 1983**

**COUNT IV – DISCRIMINATION BY PUBLIC PLATFORM**

4

**COUNT V – DECLARATORY JUDGMENT UNDER 28 U.S.C. § 2201**

---

**VII. PRAYER FOR RELIEF**

**WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor and grant the following relief:**

1. **Preliminary and permanent injunction** requiring Defendant Meta Platforms, Inc. to:
   - Restore administrative access to the Instagram account @survivalsistersfoundation;
   - Remove any algorithmic suppressive designations, shadowbans, or flags applied to the account;
   - Disclose all enforcement actions, policy triggers, or moderation history impacting the account;
2. **Declaratory judgment** that Meta's conduct, including suppression, denial of access, and failure to provide redress, was unlawful, retaliatory, and discriminatory in violation of applicable federal law;
3. **Compensatory damages** in an amount to be proven at trial, but in no event less than $75,000;
4. **Punitive damages** sufficient to deter Defendant from future misconduct;
5. **Attorneys' fees, costs, and expenses** pursuant to **42 U.S.C. § 1988** and other applicable law;
6. **Such other and further relief** as this Court deems just, equitable, and proper.

---

**Respectfully submitted,**

Fredrick Thrasher

Authorized Representative, Survival Sisters Foundation

3961 Floyd Road 300-362

Austell, Georgia 30106

fthrasher@survivalsistersfoundation.org

Date: 8/8/25

*[signature] UCC1-308*

---

**VERIFICATION AND SIGNATURE UNDER PENALTY OF PERJURY**

I, Fredrick Thrasher, declare under penalty of perjury under the laws of the United States of America that the foregoing Complaint is true and correct to the best of my knowledge, belief, and information.

---

Fredrick Thrasher    *[signature] UCC1-308*

Date: 8/8/25